**Tyler John KOCH, Appellant,**

v.

**Ann Elizabeth KOCH, Respondent.**

**No. WD 51690.**

Missouri Court of Appeals,
Western District.

Oct. 29, 1996.

Mitchell B. Martin, Kansas City, for appellant.

Alison K. Blessing, Liberty, Withers, Brant, Igoe & Mullennix, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Tyler Koch appeals from an order of the Circuit Court of Clay County dissolving his marriage to Ann Koch. Perceiving no jurisprudential value in a published opinion, we enter this summary order. However, the parties have been provided with a memorandum opinion explaining our decision.

Judgment affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Ronald J. WIDNER, Appellant.**

**Ronald J. WIDNER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 51021, WD 52617.**

Missouri Court of Appeals,
Western District.

Oct. 29, 1996.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David G. Brown, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Appellant Ronald Widner appeals from his convictions on four counts of sale of a controlled substance, § 195.211,[1] in the Circuit Court of Chariton County and the subsequent denial of his Rule 29.15 motion for post-conviction relief. Discerning no jurisprudential value in publishing an opinion, we issue this summary order. However, the parties have been provided a memorandum explaining the basis for our decision.

Judgment affirmed. Rules 30.25(b) and 84.16(b).

1 All statutory references are to RSMo 1994 un-  less otherwise noted.